IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON LEE STARR, ) | No. C 12-4400 RMW (PR) |
| Plaintiff, ) | ORDER GRANTING EXTENSION OF TIME; DENYING MOTION FOR RECONSIDERATION |
| v. ) | |
| ALAMEDA COUNTY JAIL, ) | |
| Defendant. ) | (Doc. 12.) |

Plaintiff, a California state prisoner, proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On December 3, 2012, the Court dismissed Plaintiff's complaint without prejudice and with leave to amend. (Doc. No. 9) The Court also denied Plaintiff's request for appointment of counsel. (Id.) Plaintiff has filed motion for extension of time to file an amended compliant, and requested that the Court reconsider its order denying appointment of counsel. (Doc. No. 12)

Plaintiff's motion for an extensions of time to file an amended complaint is **GRANTED**. Plaintiff shall file an amended complaint **no later than thirty (30) days** after the filing date of this order. The amended complaint must include the caption and civil case number used in this order (C 12-4400 RMW (PR)) and the words AMENDED COMPLAINT on the first page.

Plaintiff's motion for reconsideration of the Court's order denying appointment of counsel is **DENIED**. Plaintiff has not shown any changed circumstances from the Court's previous orders denying appointment of counsel.

IT IS SO ORDERED.

DATED: _____

_Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge

Order Granting Extension of Time; Denying Motion for Reconsideration
G:\PRO-SE\SJ.Rmw\CR.12\Starr400eot-denyrecon.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SHANNON LEE STARR,

        Plaintiff,

  v.

ALAMEDA COUNTY JAIL et al,

        Defendant.

Case Number: CV12-04400 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 22, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Shannon Lee Starr ALJ-123/8-A-1
Alameda County Santa Rita Jail
5325 Broder Boulevard
Dublin, CA 94568

Dated: January 22, 2013

                                    Richard W. Wieking, Clerk
                                    By: Jackie Lynn Garcia, Deputy Clerk