IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHANNON LEE STARR, | ) | No. C 12-4400 RMW (PR) |
| Plaintiff, | ) ) | ORDER GRANTING REQUEST FOR LEAVE TO |
| v. | ) ) | AMEND |
| ALAMEDA COUNTY JAIL, | ) ) | |
| Defendant. | ) ) | |

On February 22, 2013, plaintiff, a California state prisoner, proceeding pro se, filed an amended civil rights complaint pursuant to 42 U.S.C. § 1983. The court has not yet screened plaintiff's amended complaint. On April 15, 2013, plaintiff filed a letter, stating that he omitted information from his amended complaint and also learned then name of a Doe defendant. The court construes plaintiff's letter as a request to file a second amended complaint. So construed, the request is GRANTED. Plaintiff shall file a second amended complaint within thirty days from the filing date of this order. **Failure to file a second amended complaint within thirty days and in accordance with this order will result in plaintiff's amended complaint, filed February 22, 2013, being the operative complaint.**

Plaintiff is advised that an amended complaint supersedes the original complaint. "[A] plaintiff waives all causes of action alleged in the original complaint which are not alleged in the amended complaint." London v. Coopers & Lybrand, 644 F.2d 811, 814 (9th Cir. 1981).

Order Granting Request for Leave to Amend
G:\PRO-SE\SJ.Rmw\CR.12\Starr400leave.wpd

1  Defendants not named in an amended complaint are no longer defendants.  See Ferdik v.
2  Bonzelet, 963 F.2d 1258, 1262 (9th Cir. 1992).
3  　　　It is the plaintiff's responsibility to prosecute this case.  Plaintiff must keep the court
4  informed of any change of address by filing a separate paper with the clerk headed "Notice of
5  Change of Address," and must comply with the court's orders in a timely fashion.  Failure to do
6  so may result in the dismissal of this action for failure to prosecute pursuant to Federal Rule of
7  Civil Procedure 41(b).
8  　　　IT IS SO ORDERED.
9  DATED: _____

　　　_____
　　　RONALD M. WHYTE
　　　United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SHANNON LEE STARR,

        Plaintiff,

  v.

ALAMEDA COUNTY JAIL et al,

        Defendant.

                                 /

Case Number: CV12-04400 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 13, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Shannon Lee Starr ALJ-123/2-F-8
Alameda County Santa Rita Jail
5325 Broder Boulevard
Dublin, CA 94568

Dated: May 13, 2013

                                       Richard W. Wieking, Clerk
                                       By: Jackie Lynn Garcia, Deputy Clerk