IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHANNON LEE STARR, | ) | No. C 12-4400 RMW (PR) |
| Plaintiff, | ) ) | ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL |
| v. | ) ) | |
| ALAMEDA COUNTY JAIL, | ) ) | |
| Defendant. | ) ) | |

On June 14, 2013, plaintiff, proceeding pro se, filed a second amended civil rights complaint pursuant to 42 U.S.C. § 1983.  (Docket No. 22.)  Plaintiff has filed a request for counsel.  (Docket No. 26.)  Plaintiff's request for counsel is **DENIED** for want of exceptional circumstances.  See Rand v. Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997); see also Lassiter v. Dep't of Social Services, 452 U.S. 18, 25 (1981) (there is no constitutional right to counsel in a civil case).  The court has not yet screened plaintiff's second amended complaint to determine if he has alleged a cognizable claim for relief.  This denial is without prejudice to the court's sua sponte appointment of counsel at a future date should the circumstances of this case warrant such appointment.

IT IS SO ORDERED.

DATED: _____

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge

Order Denying Motion for Appt. of Counsel
G:\PRO-SE\RMW\CR.12\Starr400denyatty.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON LEE STARR, | Case Number: CV12-04400 RMW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| ALAMEDA COUNTY JAIL et al, | |
| Defendant. / | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 28, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Shannon Lee Starr ALJ 123/1-A-1
Alameda County Santa Rita Jail
5325 Broder Boulevard
Dublin, CA 94568

Dated: August 28, 2013

Richard W. Wieking, Clerk
By: Jackie Lynn Garcia, Deputy Clerk