Nancy E. Hudgins, SBN 85222
Matthew M. Grigg, SBN 195951
Carol B. Ho, SBN 286972
LAW OFFICES OF NANCY E. HUDGINS
711 Van Ness Ave., Ste. 450
San Francisco, CA 94102
415-979-0100; mmg@hudginslaw.com

Attorneys for I-Fei Chen. M.D., Glenda Newell, M.D., Harold Orr, M.D., Lane Melgarejo, M.D. and Janice Barber, D.D.S.

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON LEE STARR, | Case No.: C 12-4400 RMW (PR) |
| Plaintiff, | **[] ORDER CONTINUING DISPOSITIVE MOTION FILING DEADLINE** |
| v. | |
| ALAMEDA COUNTY JAIL, et. al., | |
| Defendants. | |

Defendants, I-Fei Chen. M.D., Glenda Newell, M.D., Harold Orr, M.D., Lane Melgarejo, M.D. and Janice Barber, D.D.S.'s motion to continue the dispositive motion filing deadline is GRANTED. The revised briefing schedule is as follows:

1. Defendants' summary judgment motion shall be filed and served by March 31, 2014.

2. Plaintiff's opposition to the summary judgment must be filed with the Court and served on Defendants' counsel no later than April 28, 2014. In preparing his opposition, Plaintiff should remain mindful of the notice and warning regarding summary judgment set forth in the Court's October 23, 2013 Order (Doc. 28, at pp. 5-6).

3. Defendants' reply brief shall be filed and served by May 12, 2014.

1    IT IS SO ORDERED:
2    DATED: _____

       _____
       Honorable Ronald M. Whyte
       United States District Court Judge

27   *Starr v. Alameda County Jail, et al.*                    Case No. C 12-4400 RMW (PR)
     [8v.1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SHANNON LEE STARR,

        Plaintiff,

  v.

ALAMEDA COUNTY JAIL et al,

        Defendant.

Case Number: CV12-04400 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 15, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Shannon Lee Starr ALJ 123/1-A-1
Alameda County Santa Rita Jail
5325 Broder Boulevard
Dublin, CA 94568

Dated: January 15, 2014

                      Richard W. Wieking, Clerk
                      By: Jackie Lynn Garcia, Deputy Clerk