1  Steven C. Wolan (State Bar No. 56237)
   Clariza C. Garcia (State Bar No. 189918)
2  PATTON•WOLAN•CARLISE, LLP
3  1999 Harrison Street, Suite 1350
   Oakland, CA  94612-3582
4  Telephone:   (510) 987-7500
   Facsimile:    (510) 987-7575
5  Email:  swolan@pwc-law.com; cgarcia@pwc-law.com

6  Attorneys for Defendants
7  COUNTY OF ALAMEDA sued erroneously as
   ALAMEDA COUNTY SHERIFF'S DEPARTMENT
8  and SANTA RITA JAIL, SHERIFF GREGORY J. AHERN

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12
   | | |
   |---|---|
   | SHANNON LEE STARR, an individual, | Case No.: CV 12-04400 RMW (PR) |
   | Plaintiff, | **[] ORDER CONTINUING DISPOSITIVE MOTION FILING DEADLINE** |
   | vs. | |
   | GREGORY J. AHERN, SHERIFF OF ALAMEDA COUNTY, ALAMEDA COUNTY SHERIFF'S DEPARTMENT, et al., | |
   | Defendants. | Complaint Filed:  July 16, 2012 |

21     Defendants Alameda County and Sheriff Gregory J. Ahern's motion to continue the dispositive
22  motion filing deadline is GRANTED.  The revised briefing schedule is as follows:
23     1.    The County Defendants' summary judgment motion shall be filed and served by
24  _____.
25     2.    Plaintiff's opposition to the summary judgment must be filed with the Court and served
26  on the County Defendants' counsel no later than _____.  In preparing his opposition,
27  Plaintiff should remain mindful of the notice and warning regarding summary judgment set forth in the
28  Court's October 23, 2013 Order (Doc. 28, a pp. 5-6).

1  3. The County Defendants' reply brief shall be filed and served by _____.

3  IT IS SO ORDERED:

5  DATED: _____  *Ronald M. Whyte*

   Honorable Ronald M. Whyte
   United States District Court Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON LEE STARR,  <br><br>            Plaintiff,  <br><br>    v.  <br><br>ALAMEDA COUNTY JAIL et al,  <br><br>            Defendant.  <br>_____/ | Case Number: CV12-04400 RMW  <br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 15, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Shannon Lee Starr ALJ 123/1-A-1  
Alameda County Santa Rita Jail  
5325 Broder Boulevard  
Dublin, CA 94568

Dated: January 15, 2014

Richard W. Wieking, Clerk  
By: Jackie Lynn Garcia, Deputy Clerk