**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON LEE STARR,<br><br>       Plaintiff,<br><br>   v.<br><br>ALAMEDA COUNTY JAIL, et al.,<br><br>       Defendants.<br>_____/ | No. C 12-4400 RMW (PR)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION<br><br>(Docket No. 60) |

Plaintiff, proceeding pro se, filed a second amended civil rights complaint pursuant to 42 U.S.C. § 1983. Defendants filed motions for summary judgment. (Docket Nos. 52 and 54.) Plaintiff has filed a motion requesting an extension of time to file an oppositions to defendants' motions for summary judgment. (Docket No. 60.)

Plaintiff's request for an extension of time to file an opposition is **GRANTED**. Plaintiff shall file an opposition **no later than twenty-eight (28) days** after the filing date of this order. Defendants shall file a reply **within fourteen days** thereafter.

This order terminates docket number 60.

IT IS SO ORDERED.

Dated: _____                    _____
                                                                              RONALD M. WHYTE
                                                                              United States District Judge

P:\PRO-SE\RMW\CR.12\Starr400eot-opp.wpd
Order Granting Motion for Ext. of Time to File Opp.

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SHANNON LEE STARR,

        Plaintiff,

  v.

ALAMEDA COUNTY JAIL et al,

        Defendant.

Case Number: CV12-04400 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 2, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Shannon Lee Starr ALJ 123/2-F-8
Alameda County Santa Rita Jail
5325 Broder Boulevard
Dublin, CA 94568

Dated: June 2, 2014

                                    Richard W. Wieking, Clerk
                                    By: Jackie Lynn Garcia, Deputy Clerk