UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| SHANNON LEE STARR, | No. 5:12-CV-04400 RMW (NJV) |
|     Plaintiff, | ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| ALAMEDA COUNTY JAIL, et al., | |
|     Defendants. | |
| _____ / | |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of SHANNON LEE STARR, inmate no. ALJ-123, presently in custody at the Alameda County Jail, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required.

Dated: April 14, 2015

                                                NANDOR J. VADAS
                                                United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: Head Jailer, Alameda County Jail

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of SHANNON LEE STARR, inmate no. ALJ-123, in your custody in the hereinabove-mentioned institution, before the United States District Court at Solano State Prison, at 1:00 p.m. on May 28, 2015, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of Starr v. Alameda County Jail, et al,

and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: April 14, 2015

RICHARD WIEKING
CLERK, UNITED STATES DISTRICT COURT

By: Linn Van Meter
    Administrative Law Clerk

Dated: April 14, 2015



NANDOR J. VADAS
United S

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | | |
|---|---|---|
| SHANNON LEE STARR, | | No. 5:12-CV-04400 RMW (NJV) |
| | Plaintiff, | |
| v. | | CERTIFICATE OF SERVICE |
| ALAMEDA COUNTY JAIL, et al., | | |
| | Defendants. | |

I, the undersigned, hereby certify that on April 14, 2015, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Shannon Lee Starr
ALJ-123
Alameda County Santa Rita Jail
8-A-1
5325 Broder Boulevard
Dublin, CA 94568

Litigation Coordinator
Alameda County Jail
5325 Broder Boulevard
Dublin, CA 94568

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

3