UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| SHANNON LEE STARR,<br><br>    Plaintiff,<br><br>v.<br><br>ALAMEDA COUNTY JAIL, et al,<br><br>    Defendants. | No. 5:12-CV-04400 RMW (NJV)<br><br>ORDER VACATING SETTLEMENT CONFERENCE, STATUS CONFERENCE, AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |

Because of a conflict in the court's schedule, the settlement conference set in this case for 1:00 p.m. on May 28, 2015, at Solano State Prison is HEREBY VACATED.

The telephonic status conference on May 12, 2015, at 1:00 p.m. is also HEREBY VACATED. Finally, the writ of habeas corpus ad testificandum issued April 14, 2015, for Plaintiff's presence at the settlement conference is HEREBY VACATED. Plaintiff shall not be transported.

The settlement conference in this case will be reset as soon as the court's schedule allows.

IT IS SO ORDERED.

Dated: April 17, 2015

                                                NANDOR J. VADAS
                                                United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

SHANNON LEE STARR,          No. 5:12-CV-04400 RMW (NJV)

    Plaintiff,

  v.                           CERTIFICATE OF SERVICE

ALAMEDA COUNTY JAIL, et al.,

    Defendants.
_____/

    I, the undersigned, hereby certify that on April 17, 2015, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Shannon Lee Starr
ALJ-123
Alameda County Santa Rita Jail
8-A-1
5325 Broder Boulevard
Dublin, CA 94568

Litigation Coordinator
Alameda County Jail
5325 Broder Boulevard
Dublin, CA 94568

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas