UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| SHANNON LEE STARR,<br><br>        Plaintiff,<br><br>   v.<br><br>PRISON HEALTH SERVICES/CORIZON HEALTH, et al.,<br><br>        Defendants. | Case No.  12-cv-04400-RMW (NJV)<br><br>**ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of SHANNON LEE STARR., inmate no.ALJ-123, presently in custody at the Alameda County Santa Rita Jail, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: September 9, 2015

                                                  NANDOR J. VADAS
                                                  United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:    Head Jailer, Alameda County Santa Rita Jail

         GREETINGS

1  WE COMMAND that you have and produce the body of SHANNON LEE STARR, inmate no. ALJ-123, in your custody in the hereinabove-mentioned institution, before the United States District Court at 450 Golden Gate Ave., San Francisco, Courtroom D, at 2:00 p.m. on October 29, 2015, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of STARR v. PRISON HEALTH SERVICES, et al, and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: September 9, 2015

Susan Y. Soong
CLERK, UNITED STATES DISTRICT COURT
By: Linn Van Meter
Administrative Law Clerk

Dated: September 9, 2015



_____
NANDOR J. VADAS
United States Magistrate Judge