UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| SHANNON LEE STARR,<br><br>  Plaintiff,<br><br>  v.<br><br>PRISON HEALTH SERVICES/CORIZON HEALTH, et al.,<br><br>  Defendants. | Case No. 12-cv-04400-RMW (NJV)<br><br>**ORDER SETTING STATUS CONFERENCE** |

This matter is set for a status conference on December 8, 2015, at 1:00 p.m. regarding the resetting of a settlement conference after Plaintiff's institution's failure to produce him for the settlement conference set for October 29, 2015. The parties may attend the status conference telephonically by dialing 888-684-8852 and entering access code 1868782. .

**IT IS SO ORDERED**.

Dated: November 30, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge