UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| SHANNON LEE STARR,<br><br>    Plaintiff,<br><br>v.<br><br>PRISON HEALTH SERVICES/CORIZON HEALTH, et al.,<br><br>    Defendants. | Case No.  12-cv-04400-RMW  (NJV)<br><br>**WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of SHANNON LEE STARR., inmate no. ALJ-123, presently in custody at the Alameda County Jail, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: December 14, 2015

                                           NANDOR J. VADAS
                                           United States Magistrate Judge

      THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:    Head Jailer, Alameda County Jail

GREETINGS

WE COMMAND that you have and produce the body of  SHANNON LEE STARR, inmate no. ALJ-123, in your custody in the hereinabove-mentioned institution, before the United States District Court at 450 Golden Gate Ave., San Francisco, Courtroom D, at 10:00 a.m. on December

1  23, 2015, in order that said prisoner may then and there participate in the SETTLEMENT
2  CONFERENCE in the matter of HILL v. STAR, et al, and at the termination of said hearing return
3  him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-
4  entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to
5  produce said prisoner at all times necessary until the termination of the proceedings for which his
6  testimony is required in this Court;

Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: December 14, 2015

RICHARD WIEKING
CLERK, UNITED STATES DISTRICT COURT
By: Linn Van Meter
Administrative Law Clerk

Dated: December 14, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge

2