IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHANNON LEE STARR, | ) | No. C 12-4400 RMW (PR) |
| Plaintiff, | ) ) | ORDER APPOINTING COUNSEL |
| v. | ) ) | |
| DR. BARBER, | ) ) | |
| Defendant. | ) ) | |

    Plaintiff, a California state civil detainee proceeding pro se, filed a civil rights complaint under 42 U.S.C. § 1983, alleging that defendant violated his Fourteenth Amendment right to medical care. The court referred this matter to the Federal Pro Se Program to find counsel.

    The Federal Pro Se Program has informed the court that Alexis Coll-Very, Brandon Martin, Lee Brand and Adam Crider of Simpson Thatcher, located at 2475 Hanover Street, Palo Alto, CA 94304, have agreed to serve as appointed pro bono counsel for plaintiff. Thus, Alexis Coll-Very, Brandon Martin, Lee Brand and Adam Crider are hereby APPOINTED as counsel for plaintiff pursuant to 28 U.S.C. § 1915(e)(1) and the court's Federal Pro Bono Project guidelines. The scope of this referral shall be for all purposes for the duration of the case.

    The Clerk shall set this matter for a case management conference within 90 days of the filing date of this order.

Order Appointing Counsel
P:\PRO-SE\RMW\CR old\CR.12\Starr440_apptcounsel.wpd

1     IT IS SO ORDERED.

2 DATED: 4/13/2016

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge