UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| SHANNON LEE STARR,<br><br>  Plaintiff,<br><br>  v.<br><br>ALAMEDA COUNTY JAIL, et al.,<br><br>  Defendants. | Case No.  12-cv-04400-EMC (NJV)<br><br>**WRIT OF HABEAS CORPUS AD TESTIFICANUM** |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of SHANNON LEE STARR, inmate no. ALJ-123, presently in custody at the Alameda County Jail, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required.

**IT IS SO ORDERED**.

Dated:  November 10, 2016

_____
NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:   Head Jailer, Alameda County Jail

    GREETINGS

WE COMMAND that you have and produce the body of SHANNON LEE STARR, inmate no. ALJ-123 in your custody in the hereinabove-mentioned institution, before the United States

District Court at 450 Golden Gate Avenue in San Francisco, Courtroom D, at 2:00 p.m. on December 8, 2016, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of Starr v. Alameda County Jail, et al and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: November 10, 2016

SUSAN Y. SONG

CLERK, UNITED STATES DISTRICT COURT

By: Linn Van Meter

Administrative Law Clerk

Dated: November 10, 2016



NANDOR J. VADAS
United S...