| | |
|---|---|
| SIMPSON THACHER & BARTLETT LLP<br>Alexis Coll-Very (CA Bar No. 212735)<br>acoll-very@stblaw.com<br>Brandon C. Martin (CA Bar No. 269624)<br>bmartin@stblaw.com<br>Lee Brand (CA Bar No. 287110)<br>lee.brand@stblaw.com<br>Adam W. Crider (CA Bar No. 305526)<br>adam.crider@stblaw.com<br>2475 Hanover Street<br>Palo Alto, California 94304<br>Telephone: (650) 251-5000<br>Facsimile: (650) 251-5002<br><br>*Counsel for Plaintiff Shannon Lee Starr* | LAW OFFICES OF NANCY E. HUDGINS<br>Nancy E. Hudgins (CA Bar No. 85222)<br>neh@hudginslaw.com<br>Matthew M. Grigg (CA Bar No. 195951)<br>mmg@hudginslaw.com<br>Pamela Chung (CA Bar No. 290690)<br>pc@hudginslaw.com<br>1981 N. Broadway, Ste. 210<br>Walnut Creek, California 94596<br>Telephone: (925) 906-0100<br><br>*Counsel for Defendants Corizon Health, Inc. and Janice Barber, D.D.S.* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SHANNON LEE STARR,<br><br>  Plaintiff,<br><br>v.<br><br>JANICE BARBER, D.D.S., and CORIZON HEALTH, INC. f/k/a PRISON HEALTH SERVICES, INC.,<br><br>  Defendants. | Case No. 3:12-cv-04400-EMC<br><br>**STIPULATION AND [PR~~OPO~~SED] ORDER OF DISMISSAL** |

1  Whereas Plaintiff Shannon Starr and Defendant Janice Barber, D.D.S., agreed to settle and dismiss claims against Dr. Barber, and Plaintiff and Defendant Corizon Health, Inc., subsequently settled the action in its entirety, the parties, through their respective counsel, hereby stipulate pursuant to Fed. R. Civ. P. 41(a) to the dismissal of the entire action with prejudice. Each party shall bear its own costs and attorneys' fees. The Court shall retain jurisdiction for the sole purpose of enforcing the parties' December 9, 2016 separate Settlement Agreement.

Dated:  December 16, 2016

Respectfully submitted:

LAW OFFICES OF NANCY E. HUDGINS

By: *Matthew M. Grigg*
    Nancy E. Hudgins
    Matthew M. Grigg
    Pamela Chung

*Counsel for Defendants Corizon Health, Inc., and Janice Barber, D.D.S.*


SIMPSON THACHER & BARTLETT LLP

By: */s/ Brandon C. Martin*
    Brandon C. Martin
    Alexis Coll-Very
    Lee Brand
    Adam W. Crider
    2475 Hanover Street
    Palo Alto, California 94304
    Telephone: (650) 251-5000
    Facsimile:  (650) 251-5002

*Counsel for Plaintiff Shannon Lee Starr*

**ATTESTATION OF SIGNATURES**

I, Brandon C. Martin, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  December 16, 2016

SIMPSON THACHER & BARTLETT LLP

*/s/ Brandon C. Martin*

*Counsel for Plaintiff Shannon Lee Starr*

1

**[PRO~~PO~~SED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED this <u>21st</u> day of <u>Dec.</u>, 2016.
The Clerk of the Court is directed to close this case.



HON. EDWARD M. CHEN
United States District Judge

---

[PROPOSED] ORDER OF DISMISSAL

1

CASE NO. 3:12-CV-04400-EMC